## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CAPITOL PRESORT SERVICES, LLC,** | : | **CIVIL ACTION NO. 1:13-CV-2287** |
| Plaintiff | : | **(Chief Judge Conner)** |
| v. | : | |
| **XL HEALTH CORPORATION**, | : | |
| Defendant | : | |

## ORDER

AND NOW, this 9th day of September, 2014, upon consideration of XL Health Corporation's motion (Doc. 8) to dismiss, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Defendant's motion (Doc. 8) to dismiss is DENIED.

2. A case management scheduling order shall issue.

      /S/ CHRISTOPHER C. CONNER
      Christopher C. Conner, Chief Judge
      United States District Court
      Middle District of Pennsylvania