IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CAPITOL PRESORT SERVICES, LLC,** | : | CIVIL ACTION NO. 1:13-CV-2287 |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **XL HEALTH CORPORATION,** | : | |
| Defendant | : | |

**ORDER & JUDGMENT**

AND NOW, this 30th day of March, 2016, upon consideration of the cross-motions (Docs. 36, 40) for summary judgment by Capitol Presort Services, LLC ("Capitol Presort") and XL Health Corporation ("XL Health"), respectively, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. XL Health's motion (Doc. 40) for summary judgment is GRANTED.

2. Capitol Presort's motion (Doc. 36) for summary judgment is DENIED.

3. Judgment is ENTERED in favor of the XL Health and against Capitol Presort on the single count set forth in Capitol Presort's complaint.

4. The Clerk of Court is directed to CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania